```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSEPH ZIMMERMAN, ANTHONY                                   :
DEVITO, and SEAN DONNELLY,                                  :
individually and on behalf of all others                    :
similarly situated,                                         :              23-CV-2409 (VSB)
                                                            :
                           Plaintiffs,                      :              **ORDER**
                                                            :
                  -against-                                 :
                                                            :
PARAMOUNT GLOBAL; COMEDY                                    :
PARTNERS; and DOES 1-10,                                    :
                                                            :
                           Defendants.                      :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On August 16, 2023, Defendants filed a letter requesting an extension to file a response to Plaintiffs' Complaint. (Doc. 22.) Defendants stated that the extension would "allow the parties to engage in settlement discussions and conduct mediation proceedings scheduled for September 19, 2023[.]" (*Id.*) Plaintiffs consented to the request. (*Id.*) On August 18, 2023, I granted Defendants' request for an extension to file a response to Plaintiffs' Complaint, (Doc. 23), and extended the deadline to November 22, 2023. However, to date, Defendants have not filed a response nor provided any update on the status of their settlement discussions or mediation. Accordingly, it is hereby:

      ORDERED that on or before January 4, 2024, the parties submit a joint letter updating the Court on the status of the case, including but not limited to whether the Defendants intend to file a response to Plaintiffs' Complaint, and what efforts the parties have made to settle the action.

SO ORDERED.

Dated: December 21, 2023
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge