UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KAPLAN, an individual, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>COMEDY PARTNERS, a New York general partnership,<br><br>       Defendant. | No. 22 Civ. 9355 (DEH) |
| JOSEPH ZIMMERMAN, ANTHONY DEVITO, and SEAN DONNELLY, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>PARAMOUNT GLOBAL, COMEDY PARTNERS, and DOES 1-10,<br><br>       Defendants. | No. 23 Civ. 2409 (VSB) |

**[PROPOSED] ORDER RE MOTION TO CONSOLIDATE ACTIONS**

(with "PROPOSED" struck through)

The Court, having considered the Parties' Joint Motion to Consolidate for purposes of settlement the two above-captioned actions, namely, *Kaplan v. Comedy Partners*, No. 22 Civ. 9355 (DEH) (S.D.N.Y.) and *Zimmerman v. Paramount Global*, No. 23 Civ. 2409 (VSB) (S.D.N.Y.), and for good cause appearing, hereby GRANTS the Motion.

The two actions are hereby consolidated for purposes of settlement only under the caption *Zimmerman v. Paramount Global*, No. 23 Civ. 2409 (VSB) (S.D.N.Y.)

IT SO ORDERED.

Dated: 5/20/2024

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE