UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSPEH ZIMMERMAN, ANTHONY DEVITO, AND SEAN DONNELLY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>PARAMOUNT GLOBAL, COMEDY PARTNERS and DOES 1-10,<br><br>　　　　　　　Defendants. | 1:23-cv-2409 (VSB)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT** |
| MICHAEL KAPLAN, an individual on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff<br><br>　　　　v.<br><br>COMEDY PARTNERS, a New York general partnership,<br><br>　　　　　　　Defendant. | **Consolidated with:**<br><br>Case No. 1:22-cv-09355 (VSB) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, or as soon as the matter may be heard by the Honorable Vernon S. Broderick in Courtroom 518 of the Thurgood Marshall, United States Courthouse, located at 40 Foley Square, New York, New York 10007, Plaintiffs Michael Kaplan, Joseph Zimmerman, Anthony DeVito, and Sean Donnelly (collectively, "Plaintiffs") will, and hereby do, apply for an order, pursuant to Federal Rule of Civil Procedure 23(e), for preliminary approval of the proposed class settlement between Plaintiffs and

Defendants Paramount Global and Comedy Central in this action. Plaintiffs seek to certify the following class for settlement purposes:

> All persons and entities, their agents, successors in interest, affiliates, assigns, heirs, executors, trustees, and administrators who are or were parties to Recording Contracts with Comedy Partners whose works have been distributed by digital audio transmission via SiriusXM Radio pursuant to such Recording Contracts between May 19, 2023, up to and including December 31, 2022.

Plaintiffs stand ready to provide oral argument to the extent the Court so desires or deems it necessary. The Motion shall be based on this Notice of Motion, the concurrently filed memorandum of points and authorities, and the supporting declarations and exhibits attached thereto.

Dated: August 29, 2024

**PEARSON WARSHAW, LLP**

　　　　*/s/ Daniel L. Warshaw*
Daniel L. Warshaw (Pro Hac Vice)
　dwarshaw@pwfirm.com
Bobby Pouya (Pro Hac Vice)
　bpouya@pwfirm.com
Adrian J. Buonanoce (Pro Hac Vice)
　abuonanoce@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Neville L. Johnson (Pro Hac Vice)
　njohnson@jjllplaw.com
Douglas L. Johnson (Pro Hac Vice)
　djohnson@jjllplaw.com
Melissa N. Eubanks (Pro Hac Vice)
　meubanks@jjllplaw.com
**JOHNSON & JOHNSON LLP**
439 N. Canon Dr. Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095

Laurie Rubinow
  lrubinow@millershah.com
225 Broadway, Suite 1830
**MILLER SHAH LLP**
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiff Michael Kaplan*

Scott A. Kamber
  skamber@kamberlaw.com
**KAMBERLAW, LLC**
201 Milwaukee Street, Suite 200
Denver, CO 80206
Telephone: (646) 964-9600

Benjamin J. Sweet
  ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
1145 Bower Hill Drive, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350

Jonathan D. Miller
  jonathan@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

*Attorneys for Plaintiffs Joseph Zimmerman, Anthony DeVito, and Sean Donnelly*