UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH ZIMMERMAN, ANTHONY DEVITO, and SEAN DONNELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT GLOBAL, COMEDY PARTNERS and DOES 1-10,<br><br>Defendants. | Case No. 1:23-cv-2409 (VSB)<br><br>Hon. Vernon S. Broderick |
| MICHAEL KAPLAN, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMEDY PARTNERS, a New York general partnership,<br><br>Defendant. | **Consolidated with:**<br><br>Case No. 1:22-cv-09355 (VSB) |

### PLAINTIFFS' NOTICE OF MOTION FOR REASONABLE ATTORNEYS' FEES, COSTS AND SERVICE AWARDS

PLEASE TAKE NOTICE that on July 22, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Vernon S. Broderick, United States District Court, Southern District of New York, Plaintiffs Joseph Zimmerman, Anthony DeVito, Sean Donnelly, and Michael Kaplan, individually and on behalf of all others similarly situated, will and hereby does move the Court, pursuant to Federal Rules of Civil Procedure 23(h) and

54(d)(2), for an order approving and awarding attorneys' fees, costs and service awards. By way of this Motion, Plaintiff seeks:

1. $3,666,666.66 in attorneys' fees;

2. $78,073.50 in verified litigation costs to Class Counsel;[1] and

3. $20,000 in service awards to Plaintiffs.

This Motion is made on the grounds that: (1) Plaintiffs' requested attorneys' fees are fair and reasonable in light of the efforts of Class Counsel in obtaining the settlement; (2) the requested attorneys' fees comport with the applicable law; (3) the expenses for which reimbursement is sought were reasonably and necessarily incurred in connection with the prosecution of this action; and, (4) a reasonable payment to Plaintiffs for their efforts on behalf of the Class is warranted and appropriate.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the declarations of Class Counsel, and the pleadings and records on file herein, and upon such additional evidence or argument as may be accepted by the Court at or prior to the hearing.

Dated: May 5, 2025

Respectfully submitted,

_____
Benjamin J. Sweet
Callum T. Appleby
ben@nshmlaw.com
callum@nshmlaw.com

---

[1] This sum includes an estimated $10,000 for travel and lodging to and from the final fairness hearing. Plaintiffs will present the final total of costs before the hearing on this Motion.

**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
101 Pennsylvania Blvd, Suite 2
Pittsburgh, PA 15228
Telephone: (412) 857-5350

Jonathan D. Miller
Margaret A. Parker
jonathan@nshmlaw.com
meg@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

Scott A. Kamber
skamber@kamberlaw.com
**KAMBERLAW, LLC**
201 Milwaukee Street, Suite 200
Denver, CO 80206
Telephone: (646) 964-9600

*Attorneys for Plaintiffs Joseph Zimmerman, Anthony DeVito, and Sean Donnelly*


Daniel L. Warshaw (Pro Hac Vice)
dwarshaw@pwfirm.com
Bobby Pouya (Pro Hac Vice)
bpouya@pwfirm.com
Adrian J. Buonanoce (Pro Hac Vice)
abuonanoce@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Neville L. Johnson (Pro Hac Vice)
njohnson@jjllplaw.com
Douglas L. Johnson (Pro Hac Vice)
djohnson@jjllplaw.com
Melissa N. Eubanks (Pro Hac Vice)
meubanks@jjllplaw.com

PLAINTIFFS' NOTICE OF MOTION FOR REASONABLE ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

**JOHNSON & JOHNSON LLP**
439 N. Canon Dr. Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095

Laurie Rubinow
lrubinow@millershah.com
225 Broadway, Suite 1830
**MILLER SHAH LLP**
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiff Michael Kaplan*

PLAINTIFFS' NOTICE OF MOTION FOR REASONABLE ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS