UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH ZIMMERMAN, ANTHONY DEVITO, and SEAN DONNELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMOUNT GLOBAL, COMEDY PARTNERS and DOES 1-10,<br><br>Defendants. | Case No. 1:23-cv-2409 (VSB)<br><br>Hon. Vernon S. Broderick<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| MICHAEL KAPLAN, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMEDY PARTNERS, a New York general partnership,<br><br>Defendant. | **Consolidated with;**<br><br>Case No. 1:22-cv-09355-(VSB) |

1033673.3

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on July 22, 2025 at 10:00 a.m. or as soon as the matter may be heard by the Honorable Vernon S. Broderick in Courtroom 518 of the Thurgood Marshall, United States Courthouse, located at 40 Foley Square, New York, New York 10007, Plaintiffs Michael Kaplan, Joseph Zimmerman, Anthony DeVito, and Sean Donnelly (collectively, "Plaintiffs") will, and hereby do, move for an order granting final approval of the proposed class action settlement between Plaintiffs and Defendants Paramount Global and Comedy Partners.

Dated: July 1, 2025                                   **PEARSON WARSHAW, LLP**

                                                             */s/ Daniel L. Warshaw*
                                                             Daniel L. Warshaw (Pro Hac Vice)
                                                                dwarshaw@pwfirm.com
                                                             Bobby Pouya (Pro Hac Vice)
                                                                bpouya@pwfirm.com
                                                             Adrian J. Buonanoce (Pro Hac Vice)
                                                                abuonanoce@pwfirm.com
                                                             **PEARSON WARSHAW, LLP**
                                                             15165 Ventura Boulevard, Suite 400
                                                             Sherman Oaks, California 91403
                                                             Telephone: (818) 788-8300
                                                             Facsimile:  (818) 788-8104

                                                             Neville L. Johnson (Pro Hac Vice)
                                                                njohnson@jjllplaw.com
                                                             Douglas L. Johnson (Pro Hac Vice)
                                                                djohnson@jjllplaw.com
                                                             **JOHNSON & JOHNSON LLP**
                                                             439 N. Canon Dr. Suite 200
                                                             Beverly Hills, California 90210
                                                             Telephone: (310) 975-1080
                                                             Facsimile: (310) 975-1095

Laurie Rubinow
  lrubinow@millershah.com
225 Broadway, Suite 1830
**MILLER SHAH LLP**
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorneys for Plaintiff Michael Kaplan*

Scott A. Kamber
  skamber@kamberlaw.com
**KAMBERLAW, LLC**
201 Milwaukee Street, Suite 200
Denver, CO 80206
Telephone: (646) 964-9600

Benjamin J. Sweet
  ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, PA 15228
Telephone: (412) 857-5350

Jonathan D. Miller
  jonathan@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345

*Attorneys for Plaintiffs Joseph Zimmerman, Anthony DeVito, and Sean Donnelly*